**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: ) | Bky. Case No.: 20-30479 |
| ) | Chapter 7 |
| Raquel Flaaen, ) | |
| ) | **NOTICE AND MOTION FOR** |
| Debtor. ) | **APPROVAL OF SALE OF PROPERTY** |
| ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the online auction sale of the bankruptcy estate's interest in oil, gas, and coal mineral rights on www.ebay.com.

The debtor has a $1/3^{rd}$ interest of a $1/11^{th}$ interest in oil, gas, and coal mineral rights located in Stark County, North Dakota as follows:

> **Township 140 North, Range 99 West**
> Section 13:  All

The auction shall run for a period of 30 days pending court approval of this motion. The trustee has filed an application to employ BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs. The buyer will be required to pay $225 to offset these fees. The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the bankruptcy trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58102 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee<br>(See<br>address<br>below) |
| DATE OF MAILING: January 21, 2021 | /s/ Gene W. Doeling<br>Gene W. Doeling, Bankruptcy Trustee<br>P.O. Box 9231<br>Fargo, ND 58106<br>(701) 232-8757 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: RAQUEL FLAAEN | CASE NO: 20-30479<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 1/21/2021, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/21/2021

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: RAQUEL FLAAEN | CASE NO: 20-30479 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 1/21/2021, a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/21/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>08683<br>CASE 20-30479<br>DISTRICT OF NORTH DAKOTA<br>FARGO<br>THU JAN 21 10-23-37 CST 2021 | AMERICAN EAGLE OUTFITTERS<br>SYNCHRONY BANK<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | BANK OF AMERICA<br>PO BOX 851001<br>DALLAS TX 75285-1001 |
| BEST BUY CREDIT SERVICES<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | COMENITY   FOREVER 21 VISA<br>PO BOX 659820<br>SAN ANTONIO TX 78265-9120 | COMENITY   MAURICES CREDIT CARD<br>PO BOX 659704<br>SAN ANTONIO TX 78265-9704 |
| COMENITY   TORRID<br>PO BOX 659584<br>SAN ANTONIO TX 78265-9584 | COMENITY   VICTORIAS SECRET<br>PO BOX 659728<br>SAN ANTONIO TX 78265-9728 | DEPARTMENT OF THE TREASURY<br>15TH   PENNSYLVANIA<br>WASHINGTON DC 20222-0001 |
| ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO ND 58106-9231~~ | FIVE STAR REALTY<br>35401 KENAI SPUR HWY<br>SUITE A<br>SOLDOTNA AK 99669-7625 | DEBTOR<br>RAQUEL L FLAAEN<br>1513 6TH AVE SE<br>DICKINSON ND 58601-6150 |
| HOMER ELECTRIC ASSOCIATION INC<br>3977 LAKE STREET<br>HOMER AK 99603-7680 | AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~EXCLUDE~~<br>~~ROBERT A KEOGH~~<br>~~KEOGH LAW OFFICE~~<br>~~141 3RD STREET WEST~~<br>~~PO BOX 1202~~<br>~~DICKINSON ND 58602-1202~~ | KOHLS PAYMENT CENTER<br>PO BOX 1456<br>CHARLOTTE NC 28201-1456 | MERRICK BANK<br>PO BOX 660702<br>DALLAS TX 75266-0702 |
| PAYPAL CREDITSYNCB<br>PO BOX 960006<br>ORLANDO FL 32896-0006 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | SYNCBZULILY CREDIT CARD<br>PO BOX 530993<br>ATLANTA GA 30353-0993 |
| SAMS CLUB MCSYNCB<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | SEARS CREDIT CARDS<br>PO BOX 78051<br>PHOENIX AZ 85062-8051 | SECURITIES   EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>CHICAGO IL 60604-2908 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKJCP
PO BOX 960090
ORLANDO FL 32896-0090

TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266-0170

US ATTORNEY
655 FIRST AVENUE NORTH SUITE 250
FARGO ND 58102-4932

WALMART WORLD MC
CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

WELLS FARGO
PO BOX 51193
LOS ANGELES CA 90051-5493

WELLS FARGO HOME MORTGAGE
PO BOX 10394
DES MOINES IA 50306-0394

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CERTIFICATE OF SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

USTPRegion12.SX.ECF@usdoj.gov

(Debtor)
Raquel L. Flaaen
1513 6th Ave SE
Dickinson, ND 58601
represented by:
Robert A. Keogh
Keogh Law Office
141 3rd Street West
P.O. Box 1202
Dickinson, ND 58602-1202

frontdesk@keogh-lawoffice.com

(Trustee)
Gene W Doeling
Bankruptcy Trustee
3429 Interstate Blvd. S.
P.O. Box 9231
Fargo, ND 58106-9231

heather@kaler-doeling.com