### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Raquel L. Flaaen,<br><br>           Debtor.<br>_____/ | Bky. Case No.: 20-30479<br>Chapter 7<br><br>**ORDER** |

On January 21, 2021, the Bankruptcy Trustee filed a Motion for Approval of Sale of Property, seeking court approval of an auction sale of oil, gas, and coal mineral interests owned by the bankruptcy estate and authorization to pay auctioneer fees.  Doc 15.  The Bankruptcy Trustee served the motion and notice on creditors.  The Court received no objections.  Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Property is **GRANTED**.  The Trustee is authorized to sell the bankruptcy estate's $1/3^{rd}$ interest of a $1/11^{th}$ interest in oil, gas, and coal mineral rights located in Stark County, North Dakota as follows:

> **Township 140 North, Range 99 West**
> Section 13:  All

The Bankruptcy Trustee is also authorized to execute documents necessary to effectively sell the asset and convey title to the purchaser at the sale.  Additionally, the Bankruptcy Trustee may pay the auctioneer's fees and costs of the sale at the conclusion of the auction.  Upon completion of the sale, the Trustee shall file a Report of Sale.

Dated this 16th day of February, 2021.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court